1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   PAUL H. ROCHMES (Cal. Bar No. 077928)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-2413
        Facsimile: (213) 894-0115
7       E-mail: paul.rochmes@usdoj.gov

8  Attorneys for UNITED STATES OF AMERICA

9              UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       | Case No. CV 14-00623 DMG(AGRx)
12 |         Petitioner,             |
   |                                 | DECLARATION OF SERVICE OF
13 |     v.                          | (1) ORDER TO SHOW CAUSE;
   |                                 | (2) PETITION TO ENFORCE INTERNAL
14 | MAURICE GREENE.                 | REVENUE SERVICE SUMMONS;
   |                                 | MEMORANDUM OF POINTS AND
15 |         Respondent.             | AUTHORITIES; SUPPORTING
   |                                 | DECLARATION;
16 |                                 |
17 |                                 | (3) CIVIL COVER SHEET;
   |                                 | (4) NOTICE OF ASSIGNMENT TO
18 |                                 | UNITED STATES JUDGES;
   |                                 | (5) NOTICE TO PARTIES OF COURT-
19 |                                 | DIRECTED ADR PROGRAM; AND
   |                                 | (4) PACER (FLYER).
20

21

22
                                     DATE: March 7, 2014
23                                   TIME: 10:00 a.m.
                                     PLACE: Courtroom 7
24                                   United States Courthouse
                                     312 North Spring Street
25                                   Los Angeles, California 90012

26

27

28

I, LISA DAVIS, pursuant to 28 U.S.C. § 1746(2), declare as follows:

1. I am over eighteen years of age, and I am not a party to the above-captioned case;

2. I am employed as a Revenue Officer of the Internal Revenue Service;

3. At the request and direction of the United States Attorney's Office for the Central District of California, on March 12, 2014, I served Maurice Greene (the respondent) with true and correct copies of the following: (1) the Order to Show Cause; (2) the Petition to Enforce Internal Revenue Service Summons; Memorandum of Points and Authorities; Supporting Declaration; (3) the Civil Cover Sheet; (4) the Notice of Assignment to United States Judges; (5) the Notice to Parties of Court-Directed ADR Program; (6) a flyer entitled PACER; and (7) the Court's March 6, 2014 Order Continuing Hearing on Order to Show Cause, by delivering the documents to the respondent personally.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/12, 2014
DATE

_____
LISA DAVIS

2

# PROOF OF SERVICE BY FIRST CLASS MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On March 14, 2014, I served, **Declaration of Service of (1) Order to Show Cause; (2) Petition to Enforce Internal Revenue Service Summons; Memorandum of Points and Authorities; Supporting Declaration; (3) Civil Cover Sheet; (4) Notice of Assignment to United States Judges; (5) Notice to Parties of Court-Directed ADR Program; and (6) PACER (Flyer)**, on the person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing March 14, 2014, Place of mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom mailed:

**See Attached**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 14, 2014, Los Angeles, California.

_____/s/_____
CONNIE HOM

RE: USA v. Maurice Greene

CASE NO.: CV 14-00623 DMG (AGRx)

## SERVICE LIST

**Maurice Greene**
17830 Aruida Drive
Granada Hills, CA 91344