ANDRÉ BIROTTE JR.
United States Attorney
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division
PAUL H. ROCHMES (Cal. Bar No. 077928)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2413
    Facsimile: (213) 894-0115
    E-mail: paul.rochmes@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MAURICE GREENE.<br><br>Respondent. | Case No. CV 14-00623 DMG(AGRx)<br><br>NOTICE OF ERRATA RE:<br>DECLARATION OF SERVICE OF<br>(1) ORDER TO SHOW CAUSE;<br>(2) PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS; MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION;<br>(3) CIVIL COVER SHEET;<br>(4) NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;<br>(5) NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;<br>(6) PACER (FLYER); AND<br>(7) ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE<br><br>DATE: May 9, 2014<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 7<br>United States Courthouse<br>312 North Spring Street<br>Los Angeles, California 90012 |

1     The Declaration of Service by Internal Revenue Service Revenue Officer Hannosh that was previously filed in this case (Document Number 7) inadvertently included an incorrect cover page that failed to list one of the documents that was served on the respondent, the Order Continuing Hearing on Order to Show Cause, and mistakenly listed the original, rather than the continued date for the hearing.

    As noted in Revenue Officer Hannosh's declaration, the respondent has been personally served with the following documents: (1) the Order to Show Cause: (2) the Petition to Enforce Internal Revenue Service Summons; Memorandum of Points And Authorities; Supporting Declaration; (3) the Civil Cover Sheet; (4) the Notice of Assignment to District Court Judge; (5) the Notice to Parties of Court-Directed ADR Program; (6) a PACER flyer; *and* (7) the Court's Order Continuing the Hearing on the Order to Show Cause ("the Continuance Order"), continuing the hearing on the Order to Show Cause to May 14, 2014.

    Another copy of the Declaration of Service, with a corrected cover page, is attached.

    By virtue of being served with the Continuance Order, and by being served with this Notice of Errata, the respondent, Maurice Greene, has been formally notified that the hearing on the Order to Show Cause, which was originally set for March 7, 2014, has been continued to May 9, 2014.

//

//

//

//

//

The government respectfully apologizes for any inconvenience the mistaken filing may have caused the Court.

Dated: March 14, 2014

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

*/s/ Paul Rochmes*

PAUL H. ROCHMES
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   PAUL H. ROCHMES (Cal. Bar No. 077928)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-2413
        Facsimile: (213) 894-0115
7       E-mail: paul.rochmes@usdoj.gov

8  Attorneys for UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CV 14-00623 DMG(AGRx) |
|---|---|
| Petitioner, | DECLARATION OF SERVICE OF |
| v. | (1) ORDER TO SHOW CAUSE; |
| MAURICE GREENE. | (2) PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS; |
| Respondent. | MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION; |
|  | (3) CIVIL COVER SHEET; |
|  | (4) NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; |
|  | (5) NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; |
|  | (6) PACER (FLYER); AND |
|  | (7) ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE |
|  | DATE: May 9, 2014 |
|  | TIME: 10:00 a.m. |
|  | PLACE: Courtroom 7 |
|  | United States Courthouse |
|  | 312 North Spring Street |
|  | Los Angeles, California 90012 |

ATTACHMENT

I, LISA DAVIS, pursuant to 28 U.S.C. § 1746(2), declare as follows:

1. I am over eighteen years of age, and I am not a party to the above-captioned case;

2. I am employed as a Revenue Officer of the Internal Revenue Service;

3. At the request and direction of the United States Attorney's Office for the Central District of California, on March 12, 2014, I served Maurice Greene (the respondent) with true and correct copies of the following: (1) the Order to Show Cause; (2) the Petition to Enforce Internal Revenue Service Summons; Memorandum of Points and Authorities; Supporting Declaration; (3) the Civil Cover Sheet; (4) the Notice of Assignment to United States Judges; (5) the Notice to Parties of Court-Directed ADR Program; (6) a flyer entitled PACER; and (7) the Court's March 6, 2014 Order Continuing Hearing on Order to Show Cause, by delivering the documents to the respondent personally.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/12, 2014
DATE

_____
LISA DAVIS

## PROOF OF SERVICE BY FIRST CLASS MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On March 14, 2014, I served, **Notice of Errata Re: Declaration of Service of (1) Order to Show Cause; (2) Petition to Enforce Internal Revenue Service Summons; Memorandum of Points and Authorities; Supporting Declaration; (3) Civil Cover Sheet; (4) Notice of Assignment to United States Judges; (5) Notice to Parties of Court-Directed ADR Program; (6) PACER (Flyer); and (7) Order Continuing Hearing on Order to Show Cause**, on the person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing March 14, 2014, Place of mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom mailed:

**See Attached**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 14, 2014, Los Angeles, California.

_____/s/_____
CONNIE HOM

RE: USA v. Maurice Greene

CASE NO.: CV 14-00623 DMG (AGRx)

## SERVICE LIST

**Maurice Greene**
17830 Aruida Drive
Granada Hills, CA 91344